IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| Plaintiff, | ) | 4:05cr3042 |
| v. | ) | |
| BRIAN J. REINWALD, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 19 be stricken from the record for the following reason(s):

- No Notice of Electronic Filing attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 19 from the record. The party is directed to re-file the document.

DATED this 6th day of September, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge