IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN REINWALD, | ) | |
| | ) | |
| Defendant. | ) | |

On the defendant's oral motion,

IT IS ORDERED that the defendant's revocation hearing is continued to Wednesday, February 6, 2008, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 7, 2008.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge