IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3042 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRIAN J. REINWALD, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's motion to review detention was granted on November 2, 1010. (Filing No. 59). The court's order stated that "[w]hen an opening becomes available, the defendant shall be released to reside at Cornhusker Place, Lincoln, Nebraska and participate in that facility's Substance Abuse Treatment Program." Filing No. 59.

The court has now been informed that an opening will be available on December 13, 2010, and the defendant is to check into Cornhusker Place at 10:00 a.m. that day.

Accordingly,

IT IS ORDERED:

1) The defendant shall be released on December 13, 2010 by no later than 8:45 a.m. to be transported to Cornhusker Place in Lincoln, Nebraska. The Federal Public Defender's Office will provide defendant's transportation from the Saline County Jail to the Cornhusker Place facility.

2) At the time of defendant's release, the U.S. Marshal's office shall provide him with a 30-day supply of any currently prescribed medication.

3) The clerk shall promptly provide a copy of this order to the Marshal.

December 8, 2010.     BY THE COURT:
                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge