IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3042 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BRIAN J. REINWALD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion Unopposed Motion to Amend Conditions of Release, (filing no. 63), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing, as modified by this court's later order, (filing no. 62), except as follows:

> Upon successfully completing residential treatment at Cornhusker Place, the defendant shall transition to reside at Houses of Hope in Lincoln, Nebraska. The defendant shall fully comply with all rules of the Houses of Hope facility, and he shall complete any follow-up treatment recommendations at a facility of his choice.

DATED this 27th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge